# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GWENDOLYN RENEE REDDIC,<br><br>            Plaintiff,<br><br>v.<br><br>MEZZO APARTMENT COMPLEX,<br><br>            Defendants. | Case No. 2:23-CV-01222-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

On August 7, 2023, this Court dismissed Plaintiff's Complaint without prejudice but granted Plaintiff leave to file an amended complaint no later than September 7, 2023. (ECF No. 3). Though the time for doing so has passed, Plaintiff has failed to file an amended complaint.

**IT IS THEREFORE RECOMMENDED** that the case be dismissed without prejudice and closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATED this 18th day of October, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE